Cristina Platon Camarata / TBN 16061560
Joe M. Lozano, Jr. / TBN 24005462
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
Buckley Madole, P.C.
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 711-70010-HDH-13 |
| RHONDA KAY LANE § | |
| DEBTOR(S) § | CHAPTER 13 |
| § | |
| § | |
| § | |

### NOTICE OF TERMINATION OF AUTOMATIC STAY
### DUE TO FAILURE TO CURE DEFAULT

1.  An Agreed Order Modifying Automatic Stay was entered with the Court (the "Agreed Order"). Debtor(s) has failed to comply with the terms of the Agreed Order and Debtor(s) was notified of the default pursuant to the terms of the Agreed Order. Debtor(s) has defaulted under the Order for the third time.

2.  In accordance with the Agreed Order, the automatic stay has been terminated with respect to Wells Fargo Bank, N.A., its successors and/or assigns.

Respectfully submitted,
Buckley Madole, P.C.

/s/ Michael J. Burns
Cristina Platon Camarata / TBN 16061560
Joe M. Lozano, Jr. / TBN 24005462
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
Attorneys and Counselors
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com
Attorney for Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the  1  day of  July  20 13.

Debtor's Attorney
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue Hamilton Place
Wichita Falls, Texas 76301

Debtor
Rhonda Kay Lane
4510 Kenwood
Wichita Falls, Texas 76310

US Trustee
US Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Chapter 13 Trustee
Walter O'Cheskey
6308 Iola Avenue
Lubbock, Texas 79424

    711-70010-HDH-13                                 /s/ Michael J. Burns
                                                    Cristina Platon Camarata
                                                    Joe M. Lozano, Jr.
                                                    Michael J. Burns
                                                    Sammy P. Hooda