Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
Buckley Madole, P.C.
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | CASE NO. 711-70010-HDH-13 |
| RHONDA KAY LANE | § | |
| DEBTOR(S) | § | CHAPTER 13 |
| | § | |

### NOTICE OF WITHDRAWAL OF NOTICE OF TERMINATION OF STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Wells Fargo Bank, N.A. hereby withdraws its Notice of Termination of Stay filed herein at docket entry #39.

Dated: July 26, 2013

Respectfully submitted,
Buckley Madole, P.C.

/s/ Michael Burns
Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
Attorneys and Counselors
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com
Attorney for Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 29th day of July 2013:

Debtor's Attorney
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue Hamilton Place
Wichita Falls, Texas 76301

Debtor
Rhonda Kay Lane
4510 Kenwood
Wichita Falls, Texas 76310

US Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Chapter 13 Trustee
Walter O'Cheskey
6308 Iola Avenue
Lubbock, Texas 79424


711-70010-HDH-13                /s/ Michael Burns
                          Cristina Platon Camarata
                          Michael J. Burns
                         Sammy P. Hooda